Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, dba GREAT BASIN PLUMBING, a Nevada corporation,<br><br>Defendant. | CASE NO.  2:12-cv-00620-GMN-RJJ<br><br>STIPULATED/CONSENT JUDGMENT |

ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, dba GREAT BASIN PLUMBING, a Nevada corporation ("All Seasons"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust, the Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Trust Funds), and against ALL SEASONS in

20136\2\1551583.1                                                            1

1  the total sum of $416,506 for delinquent employee benefit contributions and related costs and fees
2  owed under the Employee Retirement Income Security Act of 1974 ("ERISA").
3      The parties have stipulated and therefore the Court finds:
4      1.    ALL SEASONS is signatory to and bound by the terms of a collective bargaining
5  agreement ("CBA") with the Plumbers and Pipefitters Union Local 525 ("Union"), in which ALL
6  SEASONS agreed to abide by the trust agreements establishing the respective Trust Funds and
7  any amendments thereto ("Trust Agreements").
8      2.    Under the CBA and the Trust Agreements, ALL SEASONS is obligated to pay
9  employee benefit contributions to the Trust Funds on behalf of ALL SEASONS's bargaining unit
10 employees represented by the Union.
11     3.    Based on a contract compliance review of ALL SEASONS conducted for the
12 period June 1, 2006, through March 31, 2009, and remittance reports prepared and submitted by
13 ALL SEASONS for the period of April 1, 2009, through April 30, 2011, ALL SEASONS owes
14 the Trust Funds Four Hundred Eleven Thousand Five Hundred Six Dollars ($411,506) in
15 employee benefit contributions, fees, interest and liquidated damages to date.
16     4.    In addition, in the event this judgment must be executed, the Trust Funds will incur
17 additional fees and costs determined by the parties to be at least $5,000, which are therefore
18 included herein.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

5. This Stipulated/Consent Judgment is entered into by and between ALL SEASONS and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

June 7th, 2011.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for the Trust Funds

July 7th, 2011.

ALL SEASONS INTERIOR & EXTERIOR
MAINTENANCE, dba GREAT BASIN
PLUMBING, a Nevada corporation,

_____

_____

Telephone: _____
Facsimile: _____

For ALL SEASONS INTERIOR & EXTERIOR
MAINTENANCE, dba GREAT BASIN
PLUMBING, a Nevada corporation,

### JUDGMENT

Judgment is hereby entered against ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, dba GREAT BASIN PLUMBING, a Nevada corporation, and in favor of the Trust Funds in the amount of $416,506.

**DATED** this 4th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

|   |   |
|---|---|
| 1 | STATE OF NEVADA           ) |
| 2 | COUNTY OF Clark          ) ss. |

3    Heath E Pyles_____, being first duly sworn, deposes and says:

4    That he/she is the __OWNER__ of ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, dba GREAT BASIN PLUMBING, a Nevada corporation, and is duly authorized to execute this document; that he/she has read the foregoing Stipulated/Consent Judgment and knows the contents thereof; that the same is true of his/her own knowledge, except for those matters therein stated on information and belief, and as to those matters he/she believes them to be true.

_____
Affiant

Subscribed and sworn to before me this 7th day of July, 2011.

_____
- NOTARY PUBLIC -

NICOLE YATES
Notary Public, State of Nevada
Appointment No. 05-96577-1
My Appt. Expires Apr 15, 2014

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101